IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

ROGER D. DRAKE,            )
                           )
    Plaintiff,             )
                           )
v.                         )    No. CIV-08-377-FHS
                           )
MICHAEL J. ASTRUE,         )
Commissioner of Social     )
Security Administration,   )
                           )
    Defendant.             )

**JUDGMENT**

Pursuant to the court's order reversing the decision of the Administrative Law Judge and granting the Commissioner's unopposed motion to remand pursuant to sentence four of 42 U.S.C. § 405(g) entered simultaneously herein, judgment is entered in favor of the Plaintiff and against the Commissioner and this action is reversed and remanded to the Commissioner for further administrative proceedings.

This judgment is entered this 29th day of April, 2009.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma